# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

VICTORIA BUTLER o/b/o T.B., :

    Plaintiff, :

vs. : CA 16-0532-WS-MU

NANCY A. BERRYHILL, :
Acting Commissioner of Social Security,
                                                                     :

    Defendant.

## ORDER

After due and proper consideration of all portions of all issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated July 13, 2017 is **ADOPTED** as the opinion of this Court.

**DONE** this 2nd day of August, 2017.

                                        **s/WILLIAM H. STEELE**
                                        **UNITED STATES DISTRICT JUDGE**