# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| VICTORIA BUTLER o/b/o T.B., | : |
| Plaintiff, | : |
| vs. | :     CA 16-0532-WS-MU |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | : |
| Defendant. | : |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff be awarded reasonable attorney's fees in the amount of $1,632.12 under the Equal Access to Justice Act, 28 U.S.C. § 2412, representing compensation for 8.45 hours of service by William T. Coplin, Jr., Esquire, at the cost-of-living-adjusted hourly rate of $193.15.

**DONE** this 2nd day of August, 2017.

s/WILLIAM H. STEELE
**UNITED STATES DISTRICT JUDGE**