# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| VICTORIA BUTLER o/b/o T.B., | : | |
| Plaintiff, | : | |
| vs. | : | CA 16-0532-WS-MU |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | : | |
| | : | |
| Defendant. | | |

## **ORDER**

After due and proper consideration of all portions of all issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated October 31, 2018 is **ADOPTED** as the opinion of this Court.

**DONE** this 6th day of December, 2018.

                **s/WILLIAM H. STEELE**
                **UNITED STATES DISTRICT JUDGE**