# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| VICTORIA BUTLER o/b/o T.B., | : | |
| Plaintiff, | : | |
| vs. | : | CA 16-0532-WS-MU |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | : | |
| Defendant. | : | |

## **JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Petitioner be awarded reasonable attorney's fees in the amount of $5,627.86 pursuant to 42 U.S.C. § 406(b). Upon receipt of this sum from Plaintiff, Petitioner must refund to Victoria Butler o/b/o T.B. the smaller attorney-fee award made in this case of $1,632.12. Alternatively, Petitioner may simply retain the smaller EAJA award ($1,632.12) and seek from Plaintiff the difference in the two awards, that is, $3,995.74 ($5,627.86-$1,632.12).

**DONE** this 6th day of December, 2018.

        **s/WILLIAM H. STEELE**
        **UNITED STATES DISTRICT JUDGE**